IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY CONSTRUCTION ) | |
| WORKERS FRINGE BENEFIT FUNDS, ) | |
| *et al*., ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 08 C 3222 |
| vs. ) | |
| ) | JUDGE JOAN H. LEFKOW |
| NATIONAL CEMENT, INC., ) | |
| an Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF DEFAULT AND**
**FOR AN ORDER DIRECTING AN AUDIT**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing an audit of the payroll books and records of NATIONAL CEMENT, INC., an Illinois corporation, Defendant herein, said Defendant having failed to answer or otherwise plead to the Complaint and an audit being necessary to liquidate Plaintiffs' claims.

On June 10, 2008, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to her personally at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 30, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Jennifer L. Dunitz-Geiringer

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Default and Order for Audit) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 17th day of July 2008:

        Ms. Anna Maria Rubino, Registered Agent/President
        National Cement, Inc.
        5054 N. Olympia
        Chicago, IL   60656

                /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\Fvcwj\National Cement\motion for default and audit.jdg.df.wpd

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FOX VALLEY CONSTRUCTION WORKERS
FRINGE BENEFIT FUNDS, et al.

CASE NUMBER: 08CV3222

V.

ASSIGNED JUDGE: JUDGE LEFKOW

NATIONAL CEMENT, INC., an Illinois
corporation

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

National Cement, Inc.
c/o Anna Maria Rubino, Registered Agent/President
5054 N. Olympia
Chicago, IL  60656

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK



June 4, 2008
_____
Date

**State of Illinois**

**General No.: 08CV3222**

**County of USDC CHICAGO**

### AFFIDAVIT OF SERVICE

MICHAEL McGLOON deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 6/10/2008 at 1:16:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with National Cement, Inc. c/o Anna Maria Rubino as shown below:

Served the wihin named National Cement, Inc. c/o Anna Maria Rubino by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Anna Maria Rubino a person authorized to accept service of process as agent.

Said service was effected at 5054 N. Olympia, Chicago, IL  60656

Description of Person Served Sex: F  Height: 5'6  Weight: 200  Race: W  Age: 50ish

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

6-11-08
Dated

Michael McGloon
117-000192