IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY CONSTRUCTION WORKERS FRINGE BENEFIT FUNDS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. 08 C 3222 |
| vs. | ) ) | JUDGE JOAN H. LEFKOW |
| NATIONAL CEMENT, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    Ms. Anna Maria Rubino, Registered Agent/President
National Cement, Inc.
5054 N. Olympia
Chicago, IL   60656

YOU ARE HEREBY NOTIFIED that on **Thursday**, the **24th** day of **July 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Joan H. Lefkow, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1925, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing an Audit.  A copy of said motion is hereby served upon you.

/s/   Jennifer L. Dunitz-Geiringer

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 17th day of July 2008:

       Ms. Anna Maria Rubino, Registered Agent/President
       National Cement, Inc.
       5054 N. Olympia
       Chicago, IL   60656

       /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\Fvcwj\National Cement\notice of motion.jdg.df.wpd