Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3222 | DATE | 7/24/2008 |
| CASE TITLE | Fox Valley Construction Workers Fringe Benefit Funds, et al. vs. National Cement, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for entry of default and for an order directing an audit [10] is granted. Default is entered against defendant. Enter Order. Status hearing of 8/5/2008 stricken and reset to 9/30/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | MD |
|---|---|---|